Outlook

**Re: A209811487**

| | |
|---|---|
| **From** | Katrina Kilgren <Katrina@kilgrenlaw.com> |
| **Date** | Tue 7/1/2025 2:56 PM |
| **To** | Weiss, Jason D <jason.d.weiss@ice.dhs.gov>; OBrien, Michele <michele.obrien@ice.dhs.gov> |

🔗 1 attachment (459 KB)
G280035569.pdf;


I am attaching a G-28 that I have entered through my online ERO account.  I am now off site, but I can be back within 10 minutes for visitation or can hold visitation virtually or by phone.

Thank you!

Katrina

Katrina Kilgren
Attorney / *Abogada*



Kilgren Law, LLC
21 E 28th Ave, Suite 4, Eugene, OR 97405
Mailing address:  PO Box 50428, Eugene, OR 97405
Tel:  (541) 600-8864

Limited to the practice of U.S. Immigration and Nationality Law only.
Ms. Kilgren is admitted to the California State Bar only. Not admitted in Oregon.
NOTICE: This communication may contain privileged or other confidential information. If you received this message in error, please advise Katrina Kilgren and immediately delete the message and any attachments without copying or disclosing the contents.

**From:** Katrina Kilgren
**Sent:** Tuesday, July 1, 2025 2:09 PM
**To:** Weiss, Jason D <jason.d.weiss@ice.dhs.gov>; OBrien, Michele <michele.obrien@ice.dhs.gov>
**Subject:** A209811487

Re:  209-811-487
Fernando Ledesma Gonzalez

Good afternoon!

A family member of Fernando Ledesma Gonzalez has hired me to provide legal advising to Mr. Ledesma Gonzalez prior to his transport.  I asked for visitation and have been waiting outside the building for almost an hour.  Please let me know if he is going to be allowed access to counsel while in your custody.

Also, a family member here respectfully asks to get his car keys and other property prior to transport.

Thank you for your consideration of these requests.

Katrina

Katrina Kilgren
Attorney / *Abogada*



Kilgren Law, LLC
21 E 28th Ave, Suite 4, Eugene, OR 97405
Mailing address:  PO Box 50428, Eugene, OR 97405
Tel:  (541) 600-8864

Limited to the practice of U.S. Immigration and Nationality Law only.
Ms. Kilgren is admitted to the California State Bar only. Not admitted in Oregon.
NOTICE: This communication may contain privileged or other confidential information. If you received this message in error, please advise Katrina Kilgren and immediately delete the message and any attachments without copying or disclosing the contents.